THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* JOHN DOE, Defendant.

District Court of Nassau County, First District, January 19, 1967.

B. THOMAS PANTANO, J. Application is made pursuant to the provisions of article 23 of the Correction Law for a certificate of relief from disabilities arising from an adjudication of the defendant as a youthful offender on July 29, 1953.

Article 23 is designed to relieve a person who has been convicted of a crime or of an offense on only one occasion from dis-

abilities which flow as a result of that conviction. An adjudication as a youthful offender is not deemed to be a conviction nor does it operate as a disqualification to hold public office, public employment or as a forfeiture of any right or privilege or to receive any license granted by public authority (Code Crim. Pro., § 913-n).

It appears, therefore, that article 23 is not applicable in connection with adjudications as youthful offender and, indeed, is not required. The within application is, therefore, denied.